CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 12 2023

LAURA A. AUSTIN, CLERK
BY: KBooth
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 5:23CR00006 |
| | : | |
| HECTOR MANUEL ESPINOSA | : | *In violation of*: |
| (a/k/a "Joker") | : | 18 U.S.C. § 922(g) |
| IVAN RUIZ-GONZALEZ | : | 21 U.S.C. §§ 841(a) and (b)(1)(A),(C) |
| ANDRES GONZALEZ-VICENCIO | : | 21 U.S.C. § 846 |
| (a/k/a "Ranchero") | : | |

# **INDICTMENT**

The Grand Jury charges that:

### COUNT ONE
### 21 U.S.C. § 846
*Conspiracy to Distribute and to Possess With the Intent to Distribute*
*Methamphetamine and Cocaine*

1. Beginning on a date unknown, but at least since January 10, 2023, and continuing to on or about February 21, 2023, in the Western District of Virginia and elsewhere, the defendants, HECTOR MANUEL ESPINOSA, (a/k/a "Joker"), IVAN RUIZ-GONZALEZ, and ANDRES GONZALEZ-VICENCIO ("Ranchero"), did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute controlled substances, to wit: 50 grams or more of methamphetamine (actual), its salts or its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1).

2. With respect to HECTOR MANUEL ESPINOSA (a/k/a "Joker"), the amount

1

involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine (actual), its salts or its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(A).

3. With respect to ANDRES GONZALEZ-VICENCIO, (a/k/a "Ranchero"), the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

4. With respect to IVAN RUIZ-GONZALEZ, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

5. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A) and (b)(1)(C).

USAO-2023R00114

## COUNT TWO
## 21 U.S.C. § 841(a)
### *Distribution of Cocaine*

6.    On or about January 10, 2023, in the Western District of Virginia and elsewhere, the defendant, ANDRES GONZALEZ-VICENCIO (a/k/a "Ranchero"), knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

7.    All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
## 21 U.S.C. § 841(a)
### *Distribution of Methamphetamine*

8.    On or about January 17, 2023, in the Western District of Virginia and elsewhere, the defendant, ANDRES GONZALEZ-VICENCIO (a/k/a "Ranchero"), knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, both Schedule II controlled substances.

9.    All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
## 21 U.S.C. § 841(a)
### *Distribution of Methamphetamine*

10.    On or about January 24, 2023, in the Western District of Virginia and elsewhere, the defendant, ANDRES GONZALEZ-VICENCIO (a/k/a "Ranchero"), knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or

USAO-2023R00114

substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, both Schedule II controlled substances.

11. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
## 21 U.S.C. § 841(a)
### *Distribution of Methamphetamine*

12. On or about January 31, 2023, in the Western District of Virginia and elsewhere, the defendant, ANDRES GONZALEZ-VICENCIO (a/k/a "Ranchero"), knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, both Schedule II controlled substances.

13. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX
## 21 U.S.C. § 841(a)
### *Distribution of Cocaine*

14. On or about February 8, 2023, in the Western District of Virginia and elsewhere, the defendant, ANDRES GONZALEZ-VICENCIO (a/k/a "Ranchero"), knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

15. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN
## 21 U.S.C. § 841(a)
### *Distribution of Methamphetamine*

16. On or about February 17, 2023, in the Western District of Virginia and elsewhere, the defendant, ANDRES GONZALEZ-VICENCIO (a/k/a "Ranchero"), knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, both Schedule II controlled substance.

17. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT
## 21 U.S.C. § 841(a)
### *Distribute and Possess With the Intent to Distribute Methamphetamine*

18. On or about February 21, 2023, in the Western District of Virginia and elsewhere, the defendants, HECTOR MANUEL ESPINOSA, (a/k/a "Joker"), IVAN RUIZ-GONZALEZ, and ANDRES GONZALEZ-VICENCIO ("Ranchero"), did knowingly and intentionally distribute and possess with the intent to distribute a controlled substance, to wit: 50 grams or more of methamphetamine (actual), its salts or its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and a substance or mixture containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

19. With respect to HECTOR MANUEL ESPINOSA, (a/k/a "Joker"), the amount involved in the distribution attributable to him as a result of his own conduct reasonably foreseeable to him, is 50 grams or more of methamphetamine (actual), its salts or its isomers or 500 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

20. With respect to ANDRES GONZALEZ-VICENCIO, (a/k/a "Ranchero"), the amount involved in the distribution attributable to him as a result of his own conduct reasonably foreseeable to him, is a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

21. With respect to IVAN RUIZ-GONZALEZ, the amount involved in the distribution attributable to him as a result of his own conduct reasonably foreseeable to him, is a mixture or substance containing a detectable amount methamphetamine (actual), its salts or its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

22. All in violation of Title 21, United States Code, Sections 841(b)(1)(A) and (b)(1)(C).

## COUNT NINE
## 18 U.S.C. § 922(g)
### *Possession of A Firearm By A Prohibited Person*

23. On or about February 21, 2023, in the Western District of Virginia, the defendant, HECTOR MANUEL ESPINOSA, (a/k/a "Joker"), knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a ,38 caliber Smith and Wesson revolver, Model 637 Air Weight, said firearm having been shipped and transported in interstate commerce.

24. All in violation of Title 18, United States Code, Section 922(g)(1).

6

USAO-2023R00114

# NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant(s) shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Firearms and Ammunition**

      1. 38 cal. Smith and Wesson revolver, Model 637 Air Weight (SN CJN80787); and

      2. All ammunition, magazines, and accessories associated with this firearm.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

USAO-2023R00114

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p),

TRUE BILL this __12__ day of April, 2023.

*s/ Foreperson*
FOREPERSON

*Christopher R. Kavanaugh* /pmw
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

8
USAO-2023R00114