IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,
BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 5:23cr00006  Date: 4/19/23

| **Defendants:** | **Counsel:** |
|---|---|
| #1 - Hector Manuel Espinosa, | Andrea Harris, AFPD present for Erin Trodden for Mr. Espinosa; |
| #2 - Ivan Ruiz-Gonzalez, | no counsel present for Mr. Ruiz-Gonzalez; |
| #3 - Andres Gonzalez-Vicencio, all in custody | Dana Cormier, cja present for Mr. Gonzalez-Vicencio |

PRESENT:
- JUDGE: Joel C. Hoppe, USMJ       TIME IN COURT: 2:09-2:48=39 min
- Deputy Clerk: Karen Dotson & Sarah Melvin
- Court Reporter: Karen Dotson
- U. S. Attorney: Ron Huber
- USPO: Angela George & Jason Jones
- Case Agent: DEA TFO Seth Foster
- Interpreter: A. Lefebvre, sworn and used to dft Gonzalez-Vicencio

## INITIAL APPEARANCE AND BOND HEARING

- [x] Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
- [ ] Government moves to unseal case. Court grants motion.
- [x] Defendant requests appointment of counsel. CJA 23 completed; counsel will be appointed prior to defendant's next scheduled court appearance. Counsel present for dfts #1 & 3, clerk to get counsel for dft #2 and set an arraignment
- [x] Bond hearing held. as to dft #1, hearing continued
- [ ] Government does not oppose bond.
- [ ] Defendant(s) not eligible for bond because state reasons not eligible.
- [ ] Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.
- [x] Deft. notified of right to consular notification under the Vienna Convention.
- [ ] Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

## DETENTION

- [x] Government moves for detention. (Can be continued for up to 3 days)
- [ ] Government moves for continuance of detention hearing.
- [ ] Defendant(s) moves for continuance of detention hearing. (Can be continued for up to 5 days)
- [ ] Detention hearing continued to KEYBOARD().
- [ ] Detention hearing held. Record proceedings, witnesses, etc
- [ ] Findings of Fact:

## ARRAIGNMENT

- [x] Defendant(s) waives reading of Indictment/Information.     [ ] Indictment/Information read.
- [x] Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | all counts |  |  |

|   |   |   |   |   |
|---|---|---|---|---|
| 2 |   | all counts |   |   |
| 3 |   | all counts |   |   |
| 4 |   |   |   |   |

☒ Jury trial set for 6/21/23 at 9:00 AM before Hon. Cullen in Harrisonburg.
☐ Pretrial conference set for Pretrial conference date.
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information:
All parties present in person
Gov't informed of Brady protections act
Dfts state names are correct on the indictment

Dft #1 - 35 yoa, 10th grade, no mental health issues, taking only prescribed drugs, waives reading of indictment

Dft #2 - will be arraigned with an attorney at a later date

Dft #3 - 44 yoa, finished 9th grade, not under doctors care, no meds, no drugs, wavies reading of indictment

Dft #1 - Def atty asks for bond and proffers bond plan to the court
Gov't argues for detention based on presumption, quantity of drugs involved, and firearm
Rebuttal by def
Court needs more information, bond hearing continued until a later date - April 25th at 11:00 am

Dft#3 - does not seek release at this time due to being held on state charges

All dfts remanded to USM custody