# EXHIBIT

# "A"

# Daryl Gene Baxter
4545 Thornwood Avenue
Taylorsville, UT 84123
801-556-7013
dgbaxter66@gmai.com

I have experience working in Spanish translation performing quality assurance, project management, evaluation, and training tasks. I have mentored new hires, written policies and guidelines for my organization and worked to ensure the timely completion of translation projects by managing translations through my organization's production process.

---

### Joint Language Training Center  2000 - Present
*Business Analyst/Production Coordinator*

Coordinate, inventory, upload, create project guidance, perform final edit, and return to clients a variety of translation projects in a self-directed work environment. Use Theory of Constraints Principles to manage projects to ensure timely turn around. Communicate with clients and linguists to provide customer service and ensure customer needs are met.

- Mapped 308 translation projects
- Performed final edit of 762 projects
- Coordinated 666 projects with clients
- Inventoried 613 arriving projects
- Uploaded 896 projects to the organization's production management software.
- Wrote project-specific guidance for 1,117 projects
- Performed outprocessing tasks for 1,263 projects
- Represented JLTC at 2013 National NAJIT convention
- Wrote major revision of JLTC's Standard Operating Procedure for production workflow
- Represented Operations team in annual updates of JLTC's Standardization Guide for translation projects.
- Named Operations Team Employee of the Year

*Trainer*

Designed and implemented training modules on translation methods, document formatting, and software use for newly hired linguists. Provided feedback and mentoring. Performed routine quality evaluations.

- Wrote a standardized list of error definitions for JLTC's internal quality assurance and evaluation program.

- Mentored up to five newly hired linguists at any given time.

*Language Support Specialist/Lead Language Support Specialist*

Translated, performed quality assurance reviews, and provided detailed evaluations of colleagues' work on a variety of translation projects for governmental clients.

- Consistently rated as Exceptional for production rate and quality in translation work.

### Salt Lake Community College  1999 – 2000

*Adjunct Faculty-Spanish*

Taught first year Spanish language courses. Designed syllabus, wrote quizzes and exams, provided classroom instruction, evaluated students' performance, and assigned grades. Provided instruction and evaluation for speaking, listening, reading, and writing competencies.

### Pennsylvania State University  1994 – 1998

*Graduate Teaching Assistant*

Taught Spanish language, grammar, and composition courses. Designed syllabus, wrote quizzes and exams, provided classroom instruction, evaluated students' performance, and assigned grades. Provided instruction and evaluation for speaking, listening, reading, and writing competencies.

### Brigham Young University  1991 – 1993

*Graduate Teaching Assistant*

Taught Spanish language, grammar, and composition courses. Wrote quizzes and exams, provided classroom instruction, evaluated students' performance, and assigned grades. Provided instruction and evaluation for speaking, listening, reading, and writing competencies.

---

Education

**Western Governors University** Master of Business Administration

**Brigham Young University** B.A. Spanish.

**The Training Clinic** Certified Master Trainer.