# EXHIBIT

# "B"

IMG 218



| Spanish Transcription | English Translation |
|---|---|
| Hector Espinoza ||
| JUL 21, 2021 AT 8:09 AM ||
| Qvole compa. | What's up, dude? |
| FEB 17 AT 6:42 PM ||
| What's good my g | What's good my g |
| You can now message and call each other and see info like Active Status and when you've read messages ||
| FEB 17 AT 6:54 PM ||
| Missed audio call 6:54 PM CALL BACK ||
| Audio call 3 mins CALL BACK ||

IMG 219



| Spanish Transcription | English Translation |
|---|---|
| [AUDIO CALL 3 MINS CALL BACK] ||
| FEB 17 AT 7:16 PM ||
| We ready | We ready. |
| Coolio on my way brother | Coolio on my way brother |
| Ya sta | All right. |
| FEB 17 AT 7:43 PM ||
| Be there soon minute or two | Be there soon minute or two |
| Okay | OK. |
| Ay te pasas para adentro | Just come right in. |
| FEB 19 AT 11:57 PM ||
| What's good, Buenos dias. | What's good. Good morning. |
| FEB 19 AT 12:07 PM ||
| | [AUDIO] |

| Ya sta. it its seguro, right? Because I blew off two people to hold your food orders for the party. | All right. It is a done deal, right? Because I blew off two people to hold your food orders for the party. |
|---|---|

IMG 220



| Spanish Transcription | English Translation |
|---|---|
| [AUDIO] | [AUDIO] |
| Ya sta. it its seguro right? Because I blew off two people to hold your food orders for the party. | All right. It is a done deal, right? Because I blew off two people to hold your food orders for the party |
| That ya están apartadas | That they're already set aside. |
| [AUDIO] | [AUDIO] |
| [AUDIO] | [AUDIO] |
| [AUDIO] | [AUDIO] |
| [AUDIO] | [AUDIO] |

| [AUDIO] | | [AUDIO] | | |
|---|---|---|---|---|
| | [AUDIO] | | | [AUDIO] |
| FEB 20 AT 10:52 ||||| 
| AUDIO CALL 1 MIN CALL BACK |||||

IMG 221



| Spanish Transcription | English Translation |
|---|---|
| FEB 20 AT 10:52 PM ||
| AUDIO CALL 1 MIN CALL BACK ||
| FEB 20 AT 5:49 PM ||
| Qvole homie. Know what time you coming? | What's up, homie? Know what time you coming? |
| La comida ya sta lista y apartada | The food is ready and set aside. |
| Ok, brother deja alinear estos vatos. | Ok, brother. Let me get these guys all aligned. |
| Gracias | Thank you. |
| Just a mas o menos | Just an estimate. |
| So we don't have the food out in the cold | So we don't have the food out in the cold. |
| I gor u I'll holler herel. A bit. | Igor u I'll holler here I. A bit |

| Gracias | Thank you. |
|---|---|
| FEB 20 AT 6:15 PM ||
| Hey carnal este compa se destantio penso que tenia pa mas pero mañana se hace pero hablame bro | Hey, dude, this guy got all confused. He thought that he had enough for more, we'll do it tomorrow. Call me bro. |

IMG 222



| Spanish Transcription | English Translation |
|---|---|
| FEB 20 AT 10:52 PM ||
| Hey carnal este compa se destantio penso que tenia pa mas pero mañana se hace per ohablame bro | Hey, dude, this guy got all confused. He thought that he had enough for more, we'll do it tomorrow. Call me bro. |
| Audio Call 1 min CALL BACK ||
| [AUDIO] | [AUDIO] |
| Van a agarrar la libra de carnitas tonight o todo mañana? | Are you going to get the pound of carnitas tonight or get everything tomorrow? |

| | |
|---|---|
| President day destantio a mi compa pero mañana El vato quiere una Libra de carnitas con buche I chicharrones para que el tacero vea Bien brol pa ganarnos esos clientes Son Buenos bro si no ni TE molestara carnall si al carnicero le gusta pa los tacos we all going to be good my g | President's day confused my guy. Tomorrow. The guy wants a pound of carnitas with buche and fried pork rinds so it looks good to the taco guy, bro, so we can get them as clients. They're good, bro, if they weren't I wouldn't even bother you. If the butcher likes them for the tacos, we all going to be good my g. |
| Pero ya ves brother asi es El pedo algunas veces SE aninian las etrellas I otras veces we need to find them pero Todo Bien carnal | But, as you know, brother, that's how things are. Sometimes the stars align themselves and others we need to find them, but everything is good, buddy. |
| Ya sta. | All right. |

IMG 223



| Spanish Transcription | English Translation |
|---|---|
| Ya sta. | All right. |
| Ay mañana te espero | I'll wait for you there tomorrow. |
| [AUDIO] | [AUDIO] |
| Kaile para ka carnal | Come over here, brother. |

| Spanish Transcription | English Translation |
|---|---|
| Pero la feria en mano | With the money at hand. |
| Y el se puede llevar la comida | And he'll be able to take the food. |
| Now would be better than later | Now would be better than later. |
| VA ser lla que salga El compa del jalar bro I apenas esatmos agarrando confiansa con El compa bro so por ESO TE digo me quedo yo ay Contigo o le cais pal Canton I mi compa littertly five minutes VA Mira Al bato I ya ESTA El Varo en mano para agarrar todos confiansa pala next I dont't think it should be a problem | It's going to be once the guy gets off work, bro. We're just building trust with the guy, bro. So, that's why I'm telling you, either I stay there with you or you come to the house and my buddy, literately five minutes, comes over. Look, the guy has the money in hand to build trust with everybody for next time. I don't think it should be a problem. |
| Ya sta | All rgiht. |
| 3 libras de carnitas? | 3 pounds of carnitas? |
| And what time you coming? | And what time you coming? |

IMG 224



| Spanish Transcription | English Translation |
|---|---|
| Ya sta | All right. |

| | |
|---|---|
| 3 libras de carnitas? | 3 pounds of carnitas? |
| And what time you coming? | And what time you coming? |
| Oy nomas es la Una bro I yo SE que las carnitas están buenas so El carnicero cuando vea que Todo Bien las otras dos the next day I'm assuming brother que es lo que quiere ser El compa | Today will only be one, bro. I know that the carnitas are good so when the butcher sees that everything is good, the other two the next day I'm assuming, brother, that's what the guy wants. |
| 530 630 Tops | 530 630 Tops |
| Ya sta | All right. |
| See you then | See you then. |
| We'll be ready | We'll be ready. |

IMG 225



| Spanish Transcription | English Translation |
|---|---|
| En la chinga right now brother | Fucking busy right now, brother. |
| Ya ya carnal | All right, brother. |
| ESSO | All right. |
| Bueno te dejo | OK. See you later. |
|  |  |

 

IMG 226



| Spanish Transcription | English Translation |
|---|---|
| Yo igual en chinga | Me too, fucking busy. |
| Jjaja mi nigga | Ha, ha, my nigga. |
| Almost forgot | Almost forgot |
| Don't forget the flowers for the garden | Don't forget the flowers for the garden. |
| FEB 21 AT 3:12 PM ||
| Simon got you the pura tisnadera no puedes TU traer El mandado Al canto let me know. | Sure, I got you the fucking shit. Can you bring the stuff to the house? Let me know. |

| Spanish Transcription | English Translation |
|---|---|
| Dispensa | I'm sorry. |
| We can't | We can't. |
| No hay PEX nomas para alinear ala Banda machos ok brother I'll holler | No problem, I'm going to get my gang together. OK, brother, I'll holler. |
| FEB 21 AT 5:25 PM ||
| Ok brother ya voy paya | OK brother, I'm on my way over. |
| We're ready | We're ready. |
| Ay te traía el Remy (emoji) | I'm bringing Remy over, (emoji) |
| FEB 21 AT 5:42 PM ||
| Here | Here. |

IMG 227



| Spanish Transcription | English Translation |
|---|---|
| JJaja my nigga | Ha, ha, my nigga. |
| Almost forgot | Almost forgot |
| Don't forget the flowers for the garden | Don't forget the flowers for the garden. |

| | |
|---|---|
| FEB 21 AT 3:12 PM | |
| Simon got you the pura tisnadera no TU traer El mandado Al canto let me know. | Sure, I got you the fucking shit. Can you bring the stuff to the house? Let me know. |
| Dispensa | I'm sorry. |
| We can't | We can't. |
| No hay PEX nomas para alinear ala Banda machos ok brother I'll holler | No problem, I'm going to get my gang together. OK, brother, I'll holler. |
| FEB 21 AT 5:25 PM | |
| Ok brother ya voy paya | OK brother, I'm on my way over. |
| We're ready | We're ready. |
| Ay te traia el Remy (Imoji) | I'm bringing Remy over, (emoji) |
| Here | Here. |
| Ya toy afuera | I'm outside. |