# EXHIBIT

# "C"

UTAC
Exhibit C - Translation of Facebook Audio Messages(revised).wpd

BW-23-0008          FACEBOOK MESSAGES

                EXHIBIT:     N-2

                CALL:        1

                DIRECTION:   NOT PROVIDED TO LINGUIST

                DATE:        NOT PROVIDED TO LINGUIST

                TIME:        NOT PROVIDED TO LINGUIST

                PARTICIPANTS:

                              IVÁN RUIZ-GONZÁLEZ

                              HÉCTOR ESPINOZA

| | [COMIENZA LA GRABACIÓN] | | [RECORDING BEGINS] |
|---|---|---|---|
| IVÁN: | [I/I] ¿qué onda? Ah, sí, pues, aquí esperando a este compilla. Pero sí, con eso mañana se hace, carnal. *For sure, for sure.* Ah, ya hablamos más mañana, pero sí se va a hacer mañana, carnal. | IVÁN: | [U/I] what's up? Uh, yeah, uh, I'm here waiting on this guy. But yeah, it'll be done with that tomorrow, dude. For sure, for sure. Uh, let's talk more tomorrow, but yeah, it's going to be tomorrow, dude. |
| IVÁN: | Carnal, sí, sí, es *for sure, for sure.* Te digo, este buey. Hasta se lo vamos a barajear despacito. *Just to make sure* le damos uno, y al otro día le damos otro. Por eso, buey, simón, buey, simón. Sí se hace, carnal. | IVÁN: | Dude, yeah, yeah, it's for sure, for sure. I'm telling you, this guy. We're going to have to deal with him slowly. Just to make sure, we'll give him one, and let's give him another one the next day. That's why, dude, yeah, dude, yeah. Yeah, it'll get done, dude. |
| IVÁN: | O si ocupa dale vuelo también, y también le damos las tripas al cabrón. Que se lleve las tripas y conejo, ¿verdad? Pero sí se hace, carnal. | IVÁN: | Or if you need to give him a flight too, and let's give the guy the *tripas* too. Have him take the *tripas* and *conejo,* OK? But it can be done, dude. |

3

| | | | |
|---|---|---|---|
| HÉCTOR: | *Oh, OK*, ya está, carnal. No, pues, te digo que... que acá cayeron dos personas, *you know*. Que... que qué día. *Now, they wanted* apartar, *uh, some orders, you know, 'cause they... I guess they had some parties going on, too. But, uh, I went ahead and I was like, "Nah," you know?* Porque ya la... *it's the last bit of meat, you know, that we got left, you know, and I was like, "Nah," you know? I already got prior, uh... uh, prior commitment, you know, with somebody else, you know, for their party. You know? So I went ahead and, um, I got them three right there, and, uh, set it aside for you guys and, uh, but* ya está... ya esta, *you know. I just wanted to make sure that, you know, it was a... it was a go-ahead, you know? But* ya está, *homie*, este, entonces ahí al rato hablamos, y ahí mañana... mañana te wacho. | HÉCTOR: | Oh, OK, that's it, dude. No, uh, I'm telling you that... that two people came by here, you know. They... they asked what day. Now they wanted to set aside, uh, some orders, you know, 'cause they... I guess they had some parties going on, too. But, uh, I went ahead and I was like, "Nah," you know? Because now the... it's the last bit of meat, you know, that we got left, you know, and I was like, "Nah," you know? I already got prior, uh... uh, prior commitment, you know, with somebody else, you know, for their party. You know? So I went ahead and, um, I got them three right there, and, uh, set it aside for you guys and, uh, but that's it... that's it, you know. I just wanted to make sure that, you know, it was a... it was a go-ahead, you know? But that's it, homie, uh, so let's talk in a little bit, and tomorrow... I'll watch for you there tomorrow. |
| IVÁN: | No, no, ah... Espérame bro, *I got you, I got you*. Es como te digo, se hace... mañana se hace, bro. | IVÁN: | No, no, uh... Wait a sec, bro, I got you, I got you. It's like I told you, it's happening... it's happening tomorrow, bro. |
| HÉCTOR: | Ya... ya está... ya está. *I'll see you... I'll see you tomorrow*, entonces. Ah, *just let me know* más al rato, más o menos como a qué horas mañana, *just* para que yo esté listo ahí, para que todo ya esté ahí. *All right, then*. Allí estamos. Pase un buen día. | HÉCTOR: | That... that's OK... that's OK. I'll see you... I'll see you tomorrow, then. Uh, just let me know later on, more or less like what time tomorrow, just so that I'm ready there, so that everything's there. All right, then. We're set. Have a good day. |
| IVÁN: | Está bueno, carnal. Está bueno. Así se va a hacer. Mañana yo le hablo, bro. | IVÁN: | Sounds good, dude. Sounds good. It'll get done like that. I'll call tomorrow, bro. |

4

| | | | |
|---|---|---|---|
| IVÁN: | *Hey,* carnal, y si el bato te tiene confianza y si tú no quieres tener ahí la herramienta, *you know, for whatever reason*, carnal, te dije yo también estoy aquí en un pinche rancho bien escondidito, carnal. *So*, si quieres también aquí lo puedes esconder, pun, no hay pedo, buey. Aquí hay espacio para la herramienta, *brother. Just in case, you know what I am saying? I got you.* | IVÁN: | Hey, dude, so if the guy trusts you and if you don't want to have the tool there, you know, for whatever reason, dude, I told you I'm also here at a fucking ranch that's really well hidden, dude. So, if you want, you can hide it here as well, bam, there's no problem, dude. There's room here for the tool, brother. Just in case, you know what I am saying? I got you. |
| IVÁN: | Pues, están es en la misma página de mi compa, ya está chido. *He already got the...* el dinero para las carnitas, te digo, no se le hizo, sino chido [I/I] [RUIDO AL FONDO] Pero, ah, ¿puedes tú traerlo ahí al cantón? Te esperas, ahí te esperas, yo me quedo ahí contigo unos *five minutes*. Mi compa va a hacer lo que hace y regresa y ya te llevas el varo, carnal. *Or do you want me to go to your house* y me espero ahí mientras que mi compa va a hacer esto rápido? *Let me know.* | IVÁN: | Well, you guys are on the same page as my buddy, that's awesome. He already got the... the money for the *carnitas,* I mean, he didn't do it. If not, it's cool [U/I] [NOISE IN BACKGROUND] But, uh, can you bring it there to the house? You wait, you wait there, I'll stay there with you for about five minutes. My buddy's going to do what he does and come back and then you take the cash, dude. Or do you want me to go to your house and I'll wait there while my buddy goes and does that quickly? Let me know. |

               [FIN DE LA GRABACIÓN]                                      [END OF RECORDING]