# EXHIBIT

# "D"

UTAC
BW-23-0008_N-18_02.wpd

| | |
|---|---|
| BW-23-0008 | BODYWIRE (PARTIAL TRANSCRIPTION] |
| | EXHIBIT: N-18 |
| | SESSION: 2 |
| | DATE: FEBRUARY 17, 2023 |
| | TIME: 20:31 - 20:42 |
| | PARTICIPANTS: |
| | CI |
| | ANDRÉS GONZÁLEZ-VICENCIO (RANCHERO) |

2

[NON-PERTINENT PORTIONS HAVE BEEN SUMMARIZED]

[RECORDING BEGINS]

00:00:00   Prologue.

MILLER:   Today is February 17, 2023 at approximately 20:31 hours. We'll be conducting a controlled purchase of methamphetamine from Ranchero.

00:00:10   Unintelligible conversation. CI turns on car and drives.

[TRANSCRIPTION]

(00:04:04 - 00:09:16)

| | | | |
|---|---|---|---|
| ANDRÉS: | Oiga. | ANDRÉS: | Hey. |
| CI: | Listo, creo que quedó, oiga... | CI: | Cool, I think it's ready, man... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Le dije a este pinche bato. [I/I] cabrón, dile si tiene aquí donde partirlas. Y nomás... | ANDRÉS: | I told this fucking guy. [U/I] dude, ask him if he has a place here to split them. And I just... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Listo. | CI: | Cool. |
| ANDRÉS: | ...le agarré dos al cabrón porque las... esta vez viene bien caro el hijo de su puta madre, ya... | ANDRÉS: | ...got two from the guy because the... this son of a fucking bitch is very expensive this time,, now... |
| CI: | ¿Qué le dijo? | CI: | What did they say? |
| ANDRÉS: | No, pues, que me las quiere dar más cara. Le digo: "No, entonces yo... | ANDRÉS: | No, well, he wants to charge me more for them. I said, "No, then I'm... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |

3

| | | | | |
|---|---|---|---|---|
| CI: | Ah. | | CI: | Oh. |
| ANDRÉS: | ...contigo voy a ganar nada". | | ANDRÉS: | ...not going to make any profit with you." |

        [VOCES AL FONDO]                       [VOICES IN BACKGROUND]

| | | | | |
|---|---|---|---|---|
| CI: | Para andar dando putas vueltas [I/I] | | CI: | Just to be going in fucking circles [U/I] |

     [VOCES ENTRECRUZADAS]                          [VOICES OVERLAP]

| | | | | |
|---|---|---|---|---|
| ANDRÉS: | No, este se me hace [I/I] más perro que [I/I] Está bien perro esta madre. | | ANDRÉS: | No, this one seems [U/I] more shitty than [U/I] This shit is not good. |
| CI: | Mire, el... el... el bato, ya hablé bien con él, oiga. | | CI: | Look, the... the... the guy, I already talked to him, man. |
| ANDRÉS: | Sí. | | ANDRÉS: | Yeah. |
| CI: | Y dijo que el... el lunes... el lunes el bonito. Lo que tenga el lunes, pero si tiene el... el chingadazo, el bato ahorita ya se movió a agarrar el billete. El buey se enculó cuando le dije, "Mira, este bato dijo que lo que quieras, cabrón". | | CI: | And he said that on... on Monday... on Monday for the beautiful one. What they'll have on Monday, but if they have the... the thing, the guy moved to go get the cash. The guy got pissed, when I told him, "Look, this guy said whatever you want, bro." |
| ANDRÉS: | Mire, oiga. | | ANDRÉS: | Look, man. |

     [VOCES ENTRECRUZADAS]                          [VOICES OVERLAP]

| | | | | |
|---|---|---|---|---|
| CI: | Que [I/I] el culo. | | CI: | What [U/I] the ass. |
| ANDRÉS: | El... ve... yo ocupo de que me haga el paro de sacar la otra cabrona que traigo ahí... | | ANDRÉS: | The... see... I need him to do me the favor of getting out the other thing that I have there... |

     [VOCES ENTRECRUZADAS]                          [VOICES OVERLAP]

| | | | | |
|---|---|---|---|---|
| CI: | Sí. | | CI: | Yeah. |

| | | | | |
|---|---|---|---|---|
| ANDRÉS: | Y si... y si es... y si ése mismo pinche día me las pagan, yo a ese mismo pinche dígale le consigo tres cabronas. | | ANDRÉS: | And if... and if it... and if you guys pay me the same fucking day, I'll get them three things that same fucking day. |
| CI: | Ajá. | | CI: | Uh-huh. |
| ANDRÉS: | Por eso le digo... | | ANDRÉS: | That's why I told you. |
| CI: | El... el... es que el buey se movió. | | CI: | The... the... it's because the guy moved. |
| ANDRÉS: | Mm-jmm. | | ANDRÉS: | Mm-hmm. |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | Ahorita le dije: "Mira... mira, buey no me andes con mamadas". Le dije: "Porque el bato, yo ya hablé con él, ya quedé con él". Le dije: "Por lo menos mándame un bato para que me mandes el... el... el pesito ese, pues". [PAUSA] Mm, traía un revoltijo. | | CI: | I just told him, "Look... look, dude, don't give me bullshit." I said, "Because the guy, I already talked to him, I already came to an agreement with him." I said, "At least send me a guy, so that you send me that... that... that money." [PAUSE] Mm, we had a mess. |
| | [PAUSA] | | | [PAUSE] |
| ANDRÉS: | Ah, pues. [TOSE] ¿Para qué pinches lo cuento? | | ANDRÉS: | Oh, well. [COUGHS] Why the fuck would I count it. |
| CI: | Es que el buey, sí, pues, está... Pero cuéntelos mejor porque el dinero y los chismes se cuentan, oiga. | | CI: | It's just that the guy, yeah, well, he's... But you should just count it because you need to keep tabs on money and gossip. |
| | [CONTANDO DINERO] | | | [COUNTING MONEY] |
| CI: | Sí está ahí. | | CI: | Yeah, it's there. |
| ANDRÉS: | ¿Está bueno? | | ANDRÉS: | Is it good? |

| | | | | |
|---|---|---|---|---|
| CI: | Sí, pero ya le di una cagada a este buey, pero me dijo: "Mira, buey, es que yo me moví", dice, "porque yo quiero agarrar, pues, entonces..." Dice: "Dile que junte todo y el domin... el lunes segurito, segurito". Porque el domingo dice que no alcanza a llegar, pero segurito... | | CI: | Yeah, but I already gave this guy some shit, but he told me, "Look, man, it's because I moved," he said, "because I want to get some, well, so..." He said, "Tell him to get everything together, and on Sun... on Monday absolutely for sure." Because he said that he won't be able to get here on Sunday, but for sure... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Pero... pero yo nomás quiero que me hagan el... Y ahí la traigo la otra cabrona... | | ANDRÉS: | But... but I just want you guys to do me the... And I have another thing there... |
| CI: | No, el... el lunes si no le ha llegado los chinos, yo voy por esa luego luego el lunes. Pero... | | CI: | No, on... on Monday, if you haven't gotten the Chinese ones, I'll go pick that up right away on Monday. But... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Y el... y el... y el pinche... el piche jale también así va a estar. | | ANDRÉS: | And th... and the... and the fucking... this is how the fucking work is going to be also. |
| CI: | Ajá. | | CI: | Uh-huh. |
| ANDRÉS: | Si... si yo le voy a enseñar una puta brecha porque ya eso es mucho... está bien perro así. | | ANDRÉS: | If... if I'm going to show you a fucking opening, because that's a lot... it's real tough that way. |
| CI: | Sí, sí, sí. ¿Usted... usted dígame cómo no... | | CI: | Yeah, yeah, yeah. You... you tell me how no... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Así... así... así cerquita de... de las trailas ahí... | | ANDRÉS: | Like... like... like close to... to the trailers there... |

| | | | | |
|---|---|---|---|---|
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | Ya, es que [I/I] | | CI: | OK, because [U/I] |
| ANDRÉS: | ...una puta brecha para el lado de donde yo vivo. Ya yo le voy a enseñar dónde y tiene metida para que se salga. Yo le voy a enseñar. Ahí he dejado mi carro en el pinche *alley* y nos metemos los dos y ya usted va a ver por donde pueden salir. Nos vamos a encontrar. | | ANDRÉS: | ...a fucking opening, on the side of where I live. I'm going to show you where, and it has it in there, so you'll come out. I'm going to show you. I've left my car in the fucking alley and we'll both go in there, and then you'll see where you can go out through. We'll meet up. |
| CI: | Bueno. | | CI: | OK. |
| ANDRÉS: | Y [I/I] aquí está lo tuyo, aquí está y vámonos... | | ANDRÉS: | And [U/I] your thing is here, it's here, and let's go... |
| CI: | Bueno, ah... | | CI: | Well, uh... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Yo no ando con chingaderas. Eso sí se lo aseguro. | | ANDRÉS: | I don't fuck around. I can assure you of that. |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | No, sí, no, pero es que como dice usted, está cabrón ya aquí... ya... ya parecen chingadazos, ya está de la verga. | | CI: | No, yeah, no, but it's just that like you said, it's fucked up here now... now... they seem fucked up, now it's bullshit. |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Entonces quedan 400, ¿verdad? | | ANDRÉS: | So 400 are left, right? |
| CI: | Sí, quedan cuatro... | | CI: | Yeah, what's left is four... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |

| | | | | |
|---|---|---|---|---|
| ANDRÉS: | Pero quiero que nomás que me haga el paro. | | ANDRÉS: | But I just want you to do me the favor. |
| CI: | No, olvídese... | | CI: | No, forget... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | No, ya le digo agarre dos, oiga, que esa vez quería dármelas bien caras, el hijo de la chingada. | | ANDRÉS: | No, I'll tell him, take two, man, because he wanted to give those to me for very expensive, the son of a bitch. |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | Es que el bato se enculó cuando le dije: "Mira, buey, ahí va a haber". Me dijo: "Deja me muevo, buey". Y así en cuanto le dije, cuando usted se fue, uy, se fue y se movió el buey. | | CI: | It's because the guy got pissed, when I told him, "Look, man, there's going to some there." He told me, "Let me move, dude." And as soon as I told him, when you left, oh, the guy went and moved. |
| ANDRÉS: | Bien madre, está hasta más buena, nomás... | | ANDRÉS: | Really good, it's even better, just... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | Y le dije... le... le dije al bu... | | CI: | And I told... I... I told the gu... |
| ANDRÉS: | [I/I] la gente [I/I] | | ANDRÉS: | [U/I] the people [U/I] |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | Le dije... | | CI: | I told... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Esa madre se me hace que está hasta más perro la buey, mire. | | ANDRÉS: | I believe that shit is even better, the shit, look. |
| CI: | Hijo de su pinche madre. | | CI: | Son of a bitch. |

8

| | | | | |
|---|---|---|---|---|
| ANDRÉS: | Y así están los otros cabrones también... | | ANDRÉS: | And that how those other things are too... |
| CI: | Y... y... y le dije... le dije al buey. | | CI: | And... and... and I told... I told the guy. |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Los otros cabrones también [I/I] pinche ladrillos así el buey. Esa era la otra que traigo allá. | | ANDRÉS: | The other dudes also [U/I] fucking brink like that, the guy. That was the other one I have there. |
| CI: | ¿Oh, sí? No, pues, está bueno, oiga, para... Porque para... | | CI: | Oh, yeah? No, well, that's good, man, for... Because for... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Lo... lo malo es que si le encargo ese... el lunes el pinche viento porque yo también con... | | ANDRÉS: | The... the bad thing is that if I order that... On Monday the fucking wind, because I also with... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | ...no, sí, el... el... | | CI: | ...no, yeah, the... the... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Yo... yo también conseguí ahora porque con el batillo ese [I/I] | | ANDRÉS: | I... I also got some, because with that guy [U/I] |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | Si le... si le caen aquellos bueyes el domingo... ese... ese también lo va agarrar y lo... | | CI: | If those... if those guys show up on Sunday... that... that one is also going to get it and... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Sí. | | ANDRÉS: | Yeah. |

9

| | | | |
|---|---|---|---|
| CI: | ...que le quedó pa... para el lunes tempranito. | CI: | ...what was left over for... for early Monday. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Nomás que haga las pares... el paro con la feria porque este buey me prestó el buey. | ANDRÉS: | Just as long as you do the... the favor with the money, because this guy lent me some. |
| CI: | No, seguro, oiga. Nomás el... el pedo que este buey se mov... [I/I] el buey... | CI: | No, for sure, man. The only issue is... is that this guy mov... [U/I] the guy... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | [I/I] | ANDRÉS: | [U/I] |
| CI: | ...se... se... se mo... se movió. Movió el culo luego luego el buey dijo: "¿Neta?" Le dije: "Sí, buey". Dice: "No, buey, pues, es que me traes vuelta y vuelta hace como dos semanas diciéndome". Le digo: "No, buey, pero ya el bato, ya hablé bien con él, digo para que muevas el culo y no quedarle mal". Le digo: "No andes con mamada". | CI: | ...he... he... he mo... ho moved. The guy got his ass in gear right away, he said, "Really?" I told him "Yeah, dude." He said, "Oh, man, well, you have me going in circles for two weeks telling me." I told him, "No, dude, but now the guy, I talked to him, I'm saying so that you get your ass in gear, and we don't let him down." I told him, "Don't bullshit around." |
| ANDRÉS: | Mire, hágame el pinche paro nomás de sacarme esa cabrona que traigo ahí y si en la pinche tarde que se... eh... otro día que se lleva esa y quiere las tres... yo se las consigo, las cabronas... | ANDRÉS: | Look, do me the fucking favor of just getting that thing out that I have there, and if in the fucking afternoon that it... uh... another day that you take that, and you want the three... I'll get them for you, the things... |
| CI: | ¿La... las tres libretas? | CI: | The... the three pounds. |
| ANDRÉS: | Las tres libras. | ANDRÉS: | The three pounds. |
| CI: | Bueno. Deje, entonces vamos a hacer así. | CI: | All right. Hold on, then we're going to do it that way. |

| | | | | |
|---|---|---|---|---|
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Pero que no haiga chingadera [I/I] | | ANDRÉS: | But there should be no bullshit [U/I] |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | No, porque el bato ya se fue agarrar el billete. Ya me dijo: "Ya yo fui... yo fui". Dice: "Ya te voy agarrar los... los 30 baros", dice, "para empezar". | | CI: | No, because the guy went to go get the cash already. He told me, "I already went... I went." He said, "I'm going to get the... the 30 bucks for you," he said, "to start." |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | Porque, como le he dicho, yo no tengo quien me agarre esa madre. Yo la agarro porque usted... usted me a... | | ANDRÉS: | Because, like I've told you, I don't have anyone to get that shit for me. I'm getting it because you... you have... |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | No, no, pues, es que ahorita... Por eso yo le dije: "Mira, buey, no me hagas quedar mal. Mándame ese peso por lo menos. Yo ahorita ya me estaba arreglado para el vale y todo. Cuando usted me habló, dije: "Híjo de la chingada". No esperaba. Yo dije: "A lo mejor ni se va a hacer". Yo estaba pensando como la otra vez. | | CI: | No, no, well, because right now... That's why I told him, "Look, dude, don't make me look bad. At least send me that peso. I was getting myself ready for the guy and everything. When you called me, I said, "Son of a bitch." I wasn't expecting it. I said, "Maybe it won't even get done." I was thinking like last time. |
| ANDRÉS: | Mm-jmm. | | ANDRÉS: | Mm-hmm. |
| CI: | Pero, no, no se preocupe, el... el lunes [I/I] | | CI: | But, no, don't worry, on... on Monday [U/I] |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |

11

| | | | |
|---|---|---|---|
| ANDRÉS: | [I/I] como ahorita [I/I] que había dicho el buey, ayer que venía. Y llegué, y le dije a este buey, le dije, "¿No... no te ha hablado nadie? [TOSE] [I/I] que quedó de verme". Dijo: "No me ha hablado". Y ya le dije: "Ahí nos vemos, pues, mañana, buey". Me iba saliendo, cuando dice: "Me está hablando el cabrón, que ya están aquí". | ANDRÉS: | [U/I] like right now [U/I] that the guy had said yesterday when he was coming. And I got here, and told the guy, I told him, "Has... has anyone called you? [COUGHS] [U/I] that agreed to see me." He said. "He hasn't called me." So I told him, "See you, then, tomorrow, dude." I was leaving, when he said, "The dude's calling me, saying that they're here now." |
| CI: | Hijo de la chinga... | CI: | Son of a bitch... |
| ANDRÉS: | Y, pues, ¿qué putas hacemos? Yo lo... | ANDRÉS: | And, well, what the fuck do we do? I... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | El... el... el lunes segurito nomás... | CI: | On... on... on Monday it's for sure is all... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Y yo no traía el puto dinero, yo pensé que... | ANDRÉS: | And I didn't have the fucking money, I thought that... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Nomás deje... nomás deje... Porque tengo que chingarle, ya es tarde, pues. | CI: | Just let... just let... Because I have to hit it, it's late now. |
| ANDRÉS: | Y en la tarde ya qué se hace. | ANDRÉS: | And what do we do in the afternoon. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Salien... saliendo de la chinga... | CI: | Getting... getting out of the hustle... |
| ANDRÉS: | Ey. | ANDRÉS: | Yeah. |

| | | | | |
|---|---|---|---|---|
| CI: | Hoy... Ya para irnos acomodando para que todos... usted contento, yo contento, y aquel buey contento. | | CI: | Today... So that we can start making a plan so that everyone... you're happy, I'm happy, and that guy is happy. |
| ANDRÉS: | Sí, sí, para todos hay. | | ANDRÉS: | Yeah, yeah, there's enough for everyone. |
| CI: | Para todos, para todos sale el sol. | | CI: | For everyone, the son comes up for everyone. |
| ANDRÉS: | Ya está, pues. [TOSE] [I/I] pues. | | ANDRÉS: | Sounds good, then. [COUGHS] [U/I] then. |
| CI: | Ya... Ora... Ándele, pues, oiga. | | CI: | OK... Cool... All right, then, man. |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | [I/I] | | ANDRÉS: | [U/I] |
| CI: | Ahí que esté bien, ahí luego lo veo en el baile. | | CI: | Take care, I'll see you later at the dance. |
| ANDRÉS: | Órale. | | ANDRÉS: | Cool. |
| CI: | Ándale. | | CI: | All right. |
| ANDRÉS: | [I/I] | | ANDRÉS: | [U/I] |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| CI: | Dale. | | CI: | Cool. |
| | [VOCES ENTRECRUZADAS] | | | [VOICES OVERLAP] |
| ANDRÉS: | [I/I] | | ANDRÉS | [U/I] |
| CI: | Ahorita voy a ir al 81. | | CI: | I'm going to the 81 right now. |
| ANDRÉS: | Ándale, pues. | | ANDRÉS: | All right, then. |

13

| | | | |
|---|---|---|---|
| CI: | Ora. | CI: | OK. |

[END OF TRANSCRIPTION]

[SUMMARY]

00:09:17   Andrés closes door. CI drives. CI get's out of car.

00:11:01   Epilogue.

MILLER:   Detective Miller terminating the wire at 20:42 hours.

[END OF RECORDING]

BW-23-0008                                                                           BW-23-0008_N-18_02.wpd