# EXHIBIT

# "E"

UTAC
BW-23-0008_N-18_03.wpd

BW-23-0008 BODYWIRE (PARTIAL TRANSCRIPTION)

EXHIBIT: N-18

SESSION: 3

DATE: FEBRUARY 21, 2023

TIME: 5:52

PARTICIPANTS:

CI

ANDRÉS GONZÁLEZ-VICENCIO

[NON-PERTINENT PORTIONS HAVE BEEN SUMMARIZED]

[RECORDING BEGINS]

AGENT: [U/I] today's date is February 21, 2023. Approximately 5:52, conducting a controlled purchase of methamphetamines from Andrés.

00:00:15: CI gets in a car and drives.

[TRANSCRIPTION]

(00:04:05 - 00:04:36)

| | | | |
|---|---|---|---|
| [TIMBRE TELEFÓNICO] | | [TELEPHONE RINGS] | |
| [CONVERSACIÓN TELEFÓNICA: | | [TELEPHONE CONVERSATION: | |
| CI: | ¿Qué haciendo, oiga? | CI: | Hey, what are you doing? |
| ANDRÉS: | ¿Qué dice? ¿Qué húbole? ¿Y usted? | ANDRÉS: | What's up? How have you been? And yourself? |
| CI: | Aquí, ya arrimándome. | CI: | Here, heading over now. |
| ANDRÉS: | ¿Sí? | ANDRÉS: | Yeah? |
| CI: | Ey. | CI: | Yeah. |
| [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] | |
| ANDRÉS: | ¿Más o menos [I/I]? | ANDRÉS: | More or less [U/I]? |
| CI: | Yo creo que en unos 15, oiga. | CI: | I think in 15 about minutes, you know. |
| ANDRÉS: | ¿En 15 minutos? Me... me dice ya cuando vaya ya yendo usted, oiga. | ANDRÉS: | In 15 minutes? Let... let me know when you're leaving. |

| | | | |
|---|---|---|---|
| CI: | Yo le hablo cuando llegue y me pare en la luz. Si está en rojo, o si no le voy a marcar que está en verde y ya le marco y ya me paso. | CI: | I'll call you when I get there and stop at the light. If it's red, or if it's not, I'll call you that it's green and I'll call you and I'll pass by. |
| ANDRÉS: | Y ya me cuenta, ¿bueno? | ANDRÉS: | And let me know, OK? |
| CI: | Ándale, oiga. Adiós.] | CI: | All right, you know. Bye.] |

[END OF TRANSCRIPTION]

[SUMMARY]

00:04:37 CI drives. CI yawns.

00:07:58 Telephone rings. CI continues to drive. CI coughs.

[TRANSCRIPTION]

(00:12:57 - 00:13:11)

| | | | |
|---|---|---|---|
| [CONVERSACIÓN TELEFÓNICA: | | [TELEPHONE CONVERSATION: | |
| ANDRÉS: | Ey, ¿qué onda? | ANDRÉS: | Hey, what's up? |
| CI: | Mire, oiga, aquí estoy en la luz pero está en rojo, apenas me paré. Ya... | CI: | Hey, look, I'm here at the light but it's red, I just stopped. It... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Ya. | ANDRÉS: | All right. |
| CI: | ...ya se puso en verde, ahí le caigo. | CI: | ...it just turned green, I'll see you there. |
| ANDRÉS: | Ya está, pues, ahorita. | ANDRÉS: | All right, then, later. |
| CI: | Ándele, pues. Adiós.] | CI: | All right, then. Bye.] |

[END OF TRANSCRIPTION]

[SUMMARY]

00:13:12 CI receives a call from the agent giving further instructions. Call ends. CI drives.

[TRANSCRIPTION]

(00:18:34 - 00:21:09)

| | | | |
|---|---|---|---|
| ANDRÉS: | ¿Qué onda? | ANDRÉS: | What's up? |
| CI: | ¿Qué onda? | CI: | What's up? |
| ANDRÉS: | ¿Todo calmado o qué? | ANDRÉS: | Everything good or what? |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | [I/I] sí, todo tranquilo. | CI: | [U/I] yeah, everything's cool. |
| ANDRÉS: | ¿Ah? | ANDRÉS: | Huh? |
| CI: | Se mira tranquilo. | CI: | It looks calm. |
| ANDRÉS: | Ya [I/I] | ANDRÉS: | Already [U/I] |
| CI: | [SUSPIRA] | CI: | [SIGHS] |
| ANDRÉS: | [I/I] mandado con el pinche bato porque [I/I] puta madre [I/I] | ANDRÉS: | [U/I] sent with the fucking guy because [U/I] motherfucker [U/I] |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Suba, suba, suba para que cuente el billete. | CI: | Get in, get in, get in, so you can count the cash. |
| ANDRÉS: | No, no, pues, si viene bien contado ya no. Aquí no puede estar uno. Ahorita me encontré así con esto. | ANDRÉS: | No, no, well, if it was counted right, forget it. I can't stay here. I was here just now with this. |

| | | | |
|---|---|---|---|
| CI: | ¿Oh, sí? | CI: | Oh, yeah? |
| ANDRÉS: | Ya, pues, ve que ellos no dejan ver. ¿Qué cree que va a necesitar? | ANDRÉS: | Yeah, so, you see they don't let you see. What do you think you'll need? |
| CI: | No, no, no. | CI: | No, no, no. |
| ANDRÉS: | Ahí [I/I] lo demás. | ANDRÉS: | There [U/I] the rest. |
| CI: | ¿Me trajo la que necesitaba? | CI: | Did you bring me the one I needed? |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Sí, ahí está la otra. Le [I/I] facturo y les voy a abrir [I/I] al cabrón. | ANDRÉS: | Yeah, the other one's there. I [U/I] charge you and I'm going to open [U/I] the thing for them. |
| CI: | A ver. | CI: | All right. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Así selladitas vienen, así. | ANDRÉS: | They come sealed up like that. |
| CI: | Si quiere, cuente, le digo. | CI: | I say that if you want, count it. |
| ANDRÉS: | No [I/I] | ANDRÉS: | No [U/I] |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Pero oiga, ne... necesito la otra, oiga. | CI: | But listen, I... I need the other one, you know. |
| ANDRÉS: | [I/I] | ANDRÉS: | [U/I] |
| CI: | Mm. | CI: | Mm. |
| ANDRÉS: | [I/I] | ANDRÉS: | [U/I] |

| | | | |
|---|---|---|---|
| CI: | Sí, pero necesito la otra. Para que... Ahorita se la voy a dejar esta al bato, pero quiere la otra ahorita. | CI: | Yeah, but I need the other one. So that... I'm going drop this one off to the guy, but he wants the other one now. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Pero ahora no se puede, oiga. | ANDRÉS: | But it's not possible today, you know. |
| CI: | ¿Cómo? | CI: | How? |
| ANDRÉS: | Mañana se la consigo. | ANDRÉS: | I'll get it for you tomorrow. |
| CI: | ¿Hasta mañana? | CI: | Not until tomorrow? |
| ANDRÉS: | Sí, sí. | ANDRÉS: | Yeah, yeah. |
| CI: | Es que al bato le dije. Pues, este bato... | CI: | It's just that I told the guy. Well, this guy... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | [I/I] | ANDRÉS: | [U/I] |
| CI: | ...me dijo que... | CI: | ...told me that... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | ¿[I/I] que las anda haciendo así de rápido? | ANDRÉS: | [U/I] doing them quick like that? |
| CI: | Es que el buey se fue por la feria... | CI: | It's just that the guy left to get the money... |
| ANDRÉS: | Ey. [I/I] | ANDRÉS: | Yeah. [U/I] |
| CI: | ...y ahorita ya tiene la... si quería las tres, entonces me da miedo que el bato... | CI: | ...and later he'll already have the... he wanted the three, so I'm scared the guy... |

| | Spanish | | English |
|---|---|---|---|
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | [I/I] es que el bato viene de lejos y mañana en la tarde cuando salga, yo le consigo la otra. | ANDRÉS: | [U/I] it's just that the guy is coming from far away and tomorrow afternoon when he leaves, I'll get you the other one. |
| CI: | Ah, ¿pero qué le digo al buey? Porque el buey dijo... dijo que [I/I] | CI: | Oh, but what do I tell the guy? Because the guy said... said that [U/I] |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | [I/I] bien desconfiado el patrón. Ya tengo un buey empeñado ahorita. | ANDRÉS: | [U/I] the boss is really suspicious. I've already got a guy owing now. |
| CI: | Pues, sí. | CI: | Well, yeah. |
| ANDRÉS: | No, y no, él... él también [I/I] incluso a ver y dice iba y dice: "No, ¿qué chingados ahorita?" Ni modo con esto, buey. Bien, [I/I] ¿cómo se va a ensartar uno así? | ANDRÉS: | No, and no, he... he too [U/I] including to see and say he was going to and say, "No, what fucking now?" Never mind with that, dude. All right, [U/I] how am I going to get messed up with that? |
| CI: | Sí, pero es que este buey me dijo: "Si vas a agarrar una, agarra la otra de una vez". | CI: | Yeah, but it's just that the guy told me, "If you're going to grab one, grab the other one while you're at it." |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Dígale que mañana a la tarde se la tengo. [I/I] si Dios... | ANDRÉS: | Tell him I'll have it for you tomorrow afternoon. [U/I] God... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | ¿Seguro? | CI: | Are you sure? |
| ANDRÉS: | ...quiere. Sí, sí, seguro, oiga. Yo no ando con chingaderas. | ANDRÉS: | ...willing. Yeah, yeah, I'm sure, you know. I don't fuck around. |

| | Spanish | | English |
|---|---|---|---|
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Sí, sí. Ahorita yo le hablo a ver qué onda, a ver qué... Y háblele a ver qué le dice. Deje voy y dejo esta [I/I] | CI: | Yeah, yeah. I'll call you in a bit and see what's up, to see what... And call him to see what he tells you. Let me go and drop this one [U/I] |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | No, no, de que... Yo le... yo se lo aseguro, oiga, de que la tiene, la tiene. Nomás dígame que sí. | ANDRÉS: | No, no, that... I... I assure you, bro, that he really has it. Just tell me yes. |
| CI: | No, de que sí, sí. | CI: | No, it's a yes, yes. |
| ANDRÉS: | No... | ANDRÉS: | No... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Por eso le digo, si la tiene ahorita... | CI: | That's why I'm telling you, if he has it right now... |
| ANDRÉS: | Mañ... No, ahorita no se la puedo traer. Porque le digo que hubiera traído al cabrón que tengo empeñado, pero mañana a esta hora. | ANDRÉS: | Tomor... No, I can't bring it now right now. Because I'm telling you I would have brought it for the dude I'm owing, but this time tomorrow. |
| CI: | Bueno. | CI: | OK. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | O más temprano si quiere, no le hace. | ANDRÉS: | Or earlier if you want, it doesn't matter. |
| CI: | Deje veo. Pues, yo le echo una llamada a ver qué... | CI: | Let me see. Well, I'll give him a call to see what... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Pero si quiere... | ANDRÉS: | But if he wants... |

| | | | |
|---|---|---|---|
| CI: | ...me dice y para... | CI: | ...he tells me and to... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | ...pero si la quiere, me dice, de ahorita para atrás me lo echa, y de una vez que voy para allá. | ANDRÉS: | ...but if he wants it, tell me, call me back right now, and I'll go over there right away. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | No, pues, si la quiere ya ahorita el buey, nomás que le dije: "Pues, ya le dije que una, buey". Dijo: "No, pero yo traigo la fe..." Y ya él se fue y se trajo la feria el buey. | CI: | No, well, the guy wants it right now, it's just that I told him, "Well, I already told him one, bro." He said, "No, but I have the mon..." And the dude left and brought the money with him. |
| ANDRÉS: | ¿Sí? | ANDRÉS: | Yeah? |
| CI: | Sí, y ya la feria ya está. | CI: | Yeah, and the money is already there. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Mañana a la misma hora dígale que la tiene. | ANDRÉS: | Tell him that this time tomorrow he'll have it. |
| CI: | Deje le digo a ver que me di... | CI: | Let me tell him and see what he sa... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Y me dice ahorita antes de que... de que me vaya por... | ANDRÉS: | And let me know before... before I go to... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Porque si... porque... | CI: | Because if... because... |
| ANDRÉS: | ...el bato, para traérmela de una vez. | ANDRÉS: | ...the guy, so I can bring it with me right away. |

| | | | |
|---|---|---|---|
| CI: | ...sí le batalló el buey. | CI: | ...the guy really worked at it. |
| ANDRÉS: | ¿Sí? | ANDRÉS: | Yeah? |
| CI: | [I/I] se la va a traer de una vez. | CI: | [U/I] you're going to bring it him right away. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Es que toda la pinche gente es bien desconfiada. No, pues, sí... | ANDRÉS: | It's just that everybody is really suspicious. No, well, yeah... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | Bueno, pues, entonces... | CI: | OK, then, so... |
| ANDRÉS: | ...para estar yendo y viniendo [I/I] | ANDRÉS: | ...to be going and coming [U/I] |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CI: | ...entonces deje yo le... yo le aviso entonces. | CI: | ...so let me... I'll let you know then. |
| ANDRÉS: | ¿Sí? | ANDRÉS: | Yeah? |
| CI: | Sí, claro. | CI: | Yeah, of course. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Nomás me manda un mensaje para saber. | ANDRÉS: | Just send me a message so I know. |
| CI: | Bueno, pues. | CI: | OK, then. |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| ANDRÉS: | Ándele, pues, oiga. | ANDRÉS: | All right, then, man. |
| CI: | Ándele. Gracias, oiga. | CI: | All right. Thanks, man. |

| | | | |
|---|---|---|---|
| ANDRÉS: | Ándele. | ANDRÉS: | All right. |
| CI: | Ya dijo. | CI: | All set. |
| ANDRÉS: | Ahí la vuelta para allá, ¿sí? | ANDRÉS: | The deal over there, right? |
| CI: | Sí, como me dijo. | CI: | Yeah, like you told me. |

[END OF TRANSCRIPTION]

[SUMMARY]

00:21:10 CI drives. CI makes a call. CI says that Andrés left one guy there. CI says that he gave the money to Andrés and he gave him all the stuff. The agent asks CI if he got a pound. CI replies that he got a pound and all the one ounce packages. The agent asks CI where he is. CI gives the agent his location and says that Andrés is going to 340 the same way he came in. The agent says he is calling back. Traffic noise. Agent calls and they arrange a location to meet. CI drives.

00:27:05 Telephone rings. CI answers. CI and agent talk about where they are. CI drives. Traffic noises.

[END OF RECORDING]