IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA

Case No. 5:23-cr-00006

v.

HECTOR MANUEL ESPINSOA

**RESPONSE BY THE ACCUSED TO THE GOVERNMENT'S
MOTION TO EXTEND DEADLINE AND CONTINUE HEARING**

Comes now the Accused, by Counsel, in response to the government's Motion To Extend Deadline and Continue Hearing, ECF No. 250, and states as follows:

1. The Accused <u>does not object</u> to extending the government's deadline to respond to the Accused's Motion for a New Trial.

2. The Accused <u>objects</u> to continuing the June 20 hearing on the grounds stated by the government. The government in a letter dated May 16, attached hereto as Exhibit One, demands production of certain items citing Federal Rules of Criminal Procedure 16 and 26.2 and citing § 18 U.S.C. 3500 as authority in support of its demand. However, none of the cited authorities requires the Accused to produce the requested items at this time. Indeed, Rule 16(b)(2)(B) expressly <u>exempts</u> statements made to

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**

counsel or his agent by a prospective defense witness from the purview of the Rule.

    Respectfully submitted,

    HECTOR MANUEL ESPINSOA

    By Counsel

    /s/ Aaron L. Cook
    Counsel for the Accused

## CERTIFICATE OF SERVICE

  I hereby certify that on this 30th day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

                /s/ Aaron L. Cook
                Counsel for the Accused