CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
7/15/2025
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:23-cr-00006-001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HECTOR MANUEL ESPINOSA, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

This matter is before the court on Defendant Hector Manuel Espinosa's motion for new trial. (ECF No. 240). For the reasons stated on the record at the July 15, 2025 hearing on that motion, Defendant's motion for new trial (ECF No. 240) is **DENIED**.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 15th day of July, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE